# United States District Court

WESTERN DISTRICT OF WASHINGTON

KIMBER L. MILLER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

CASE NUMBER: C10-5704RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The matter is therefore REVERSED and REMANDED to the Administration for further consideration.


July 6, 2011 | WILLIAM M. McCOOL
Date | Clerk

*s/CM Gonzalez*
Deputy Clerk