UNTIED STATES MAGISTRATE JUDGE J. RICHARD CREATURA
UNITED STATES DISTRICT JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBER L. MILLER, | CASE NO. C10-5704RBL |
| Plaintiff, | ORDER GRANTING PETITION FOR COSTS AND ATTORNEY FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $350.00 pursuant to 28 U.S.C. § 1920 and attorney fees in the amount of $4,280.40 pursuant to 28 U.S.C. § 2412 be awarded to plaintiff.

DATED this 28th day of September, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

ORDER GRANTING PETITION
FOR COSTS AND FEES

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 564-6523